UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-14053-CR-MOORE/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHANNIMA SESSIONS,
#54301-004,

    Defendant.
_____/

FILED by _____ D.C.

JAN 1 0 2008

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

## REPORT AND RECOMMENDATION ON MOTION TO SEAL DOCKET ENTRY [D.E. #30] AND SEALED DOCKET ENTRY [D.E. #32]

**THIS CAUSE** having come on to be heard upon the aforementioned motions and this Court having reviewed the motions as well as the pertinent documents cited by the pro se Defendant, this Court makes the following recommendations to the District Court:

    1.    The Defendant is seeking the entire file in this case be sealed and requests that public access to the court docket in respect thereto be "red flagged" so that access is limited and all documents could not be viewed by the public. The Defendant does not specify any particular documents by docket entry which he wishes to be sealed.

    2.    This Court will not go into detail as to the underlying reasons since this Court does not want to disclose details of the underlying reasons the Defendant gives. However, this Court is satisfied that the allegations the Defendant makes in [DE 30] and [DE 32] do justify this Court recommending certain documents within the court file be sealed. However, this Court is not going to recommend the granting of the Defendant's request that a new case number be changed to a "new confidential number."

3.  This Court has reviewed the docket entries on-line and finds that the following docket entries do contain information which should be sealed from public view pending further Order of the Court.

4.  The documents in question are the plea agreement [DE 25], the motion by the United States contained in [DE 26] and the Defendant's own Motion to Seal [DE 30]. These are the only docket entries which this Court believes need to be sealed from public view based upon the allegations set forth in the Defendant's Motion [DE 30] and sealed document [DE 32]. This Court finds that sealing of these three documents in the court file and preventing public access to those documents is justified and will accomplish the purposes requested by the Defendant.

**ACCORDINGLY**, this Court recommends to the District Court that the Motion To Seal [DE 30] and the request set forth in Sealed Document [DE 32] be **GRANTED** only insofar as the particular documents set forth herein by the Court being [DE 25, DE 26, and DE 30] be SEALED and that the Defendant's request for a "new confidential case number" be **DENIED**.

The parties shall have ten (10) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable K. Michael Moore, United States District Judge assigned to this case.

**DONE AND SUBMITTED** this 10th day of January, 2008, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

2

Copies furnished:
Hon. K. Michael Moore
Office of the U.S. Attorney (Ft. Pierce)

Shannima Sessions
Reg No. 54301-004
U. S. Penitentiary
P. O. Box 019001
Atwater, CA 95301