UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-14053-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff(s),
vs.

SHANNIMA SESSIONS
#54301-004,

    Defendant(s).
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Frank J. Lynch's [35] Report and Recommendation [35] on Defendant's Motion to Seal Docket Entry [30] and Sealed Docket Entry [32], issued January 10, 2008. After review of the record and having received no objections thereto, it is

ORDERED AND ADJUDGED that Magistrate Judge Lynch's Report and Recommendation issued April 6, 2005 is hereby **ADOPTED**. The Motion to Seal [30] is hereby **GRANTED**, only insofar as the particular documents set forth herein by the Court being [25, 26 and 30] be SEALED and that the Defendant's request for a "new confidential case number" be **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida this 29th day of January, 2008.

                                              K. MICHAEL MOORE
                                              UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record